THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE P. McCURTY, JR., Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered December 11, 1959, convicting him of the crime of criminal possession of a firearm after a prior conviction (Penal Law, § 1897, subd. 4), and imposing a sentence of one and one-half to three years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PARLER, JR., Appellant.— Appeal by defendant from an order of the County Court, Queens County, entered May 26, 1959, denying without a hearing his *coram nobis* application to vacate and set aside a judgment of conviction rendered December 17, 1956, after a jury trial. The ground for the application is that defendant was not afforded an opportunity to confer with counsel and properly prepare for trial. Order affirmed. In our opinion, defendant's own statement refutes his contention. Defendant admitted that he conferred with assigned counsel for about 10 minutes upon his arraignment. Defendant also admitted, by failing to deny, that he conferred with counsel on June 18, 1956, when the case was on the calendar. Defendant also concedes that counsel was competent and experienced and made every effort to protect his rights on the trial. There is no claim that longer or frequent conferences would have helped defendant in his defense, or that he had any defense which required longer conferences. On the basis of defendant's own admission, the application was properly denied. (*United States* v. *Wight*, 176 F. 2d 376, cert. denied 338 U. S. 950; *Cofield* v. *United States*, 263 F. 2d 686.) Accepting defendant's own version, it is clear that there are no issues in dispute and, therefore, the denial of the application without a hearing was proper. (*People* v. *White*, 309 N. Y. 636; *People* v. *Richetti*, 302 N. Y. 290.) Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK RENDON, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered March 3, 1959, convicting him of burglary in the second degree and rape in the first degree, and sentencing him to serve 7½ to 15 years on each count, the sentences to run concurrently. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMINE LA VIA, Appellant, against EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Appeal by relator from an order of the Supreme Court, Dutchess County, entered December 21, 1959, dismissing a writ of habeas corpus and remanding relator to the custody of respondent as Warden of Green Haven Prison. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.